Jay MEFFORD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64257.

Missouri Court of Appeals, Western District.

March 29, 2005.

Nancy A. McKerrow, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, and Lacey R. Searfoss, Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### ORDER

PER CURIAM.

Jay Mefford appeals the denial of his motion for post-conviction relief pursuant to Rule 24.035 without an evidentiary hearing.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).